**SUBWAY**

serviced by
**FRANCHISE WORLD HEADQUARTERS, LLC**
325 Bic Drive, Milford, CT 06461 • (203) 877-4281

Via Email - dan.greenley@caseys.com

Via FedEx - 794375618832

January 31, 2011

Casey's General Stores, Inc.
One S.E. Convenience Blvd.
Ankeny, Iowa 50021
515-965-6100

RE: Casey's General Stores, Inc.

Dear Sirs,

Doctor's Associates Inc. ("DAI"), a Florida, U.S.A. Corporation, has registered the trademark SUBWAY® on the principal registry of the United States Patent and Trademark Office ("USPTO") under number 1,174,608 among other registrations in both the United States and throughout the world. Additionally, DAI has applied for the trademark FOOTLONG™ in association with sandwiches at the United States Patent and Trademark Office ("USPTO") bearing application number 77/324,328. DAI claims proprietary rights in all materials, designs and logos made throughout the SUBWAY® system.

You are hereby put on notice to cease and desist from using FOOTLONG™ in association with sandwiches. You must immediately remove all references to FOOTLONG™ in association with sandwiches.

DAI has reviewed the sandwich offerings and locations of Casey's General Stores believes there are serious concerns with respect to infringement, under the theories including but not limited to passing off, trading off the goodwill, copyright infringement due to the design of your menu, menu titles, arrangement of the menu and sandwich choices. Additionally, the offers of soup and pizza as well as the design of the advertising offers, are all designed to cause confusion to the average consumer.

Therefore, you are hereby ordered to cease and desist from trading off the goodwill associated with the SUBWAY® brand. You must immediately cease and desist from using FOOTLONG and change your trade dress, décor, and offerings so there is no likelihood of confusion between the two brands.

Please confirm receipt of this letter and your willingness to comply with the terms contained herein. Failure to comply with the demands contained in this letter will result in further legal action without any further notice to you. Please feel free to contact me at Pochron_V@subway.com or by facsimile at (203) 876-6690.

I look forward to hearing from you.

Very truly yours,

*ValeriePochron (s)*

Valerie Pochron-Attorney
Global Contracts & Advertising Team
Franchise World Headquarters, LLC
CC Jim Fisher
012811CnD

EXHIBIT A