**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | Civil Action No. 11-cv-0064 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John A. Jarvey |
| | ) | Magistrate Judge Celeste F. Bremer |
| DOCTOR'S ASSOCIATES INC. d/b/a SUBWAY, | ) | |
| | ) | |
| Defendant. | ) | |

**F.R.C.P. 41(a) VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff Casey's General Stores, Inc. and pursuant to Federal Rule of Civil Procedure 41(a), and before service or the filing of an answer by the Defendant, hereby dismisses without prejudice the above-captioned action.

There has been no previous dismissal of these claims.

Respectfully submitted,

/s/ Edmund J. Sease
Edmund J. Sease
Christine Lebrón-Dykeman
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone:  515-288-3667
Fax:  515-288-1338
Email:  ed.sease@ipmvs.com
Email:  christine.lebron-dykeman@ipmvs.com
Email:  mvslit@ipmvs.com

OF COUNSEL:

Julia L. Jackowski
Senior Vice President and Corporate General Counsel
Casey's General Stores, Inc.
1 S.E. Convenience Blvd.
Ankeny, IA  50021
Phone:  515-965-6100

ATTORNEYS FOR PLAINTIFF CASEY'S GENERAL STORES, INC.